**Order entered October 26, 2017**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-17-00638-CV

---

### IN RE ZURICH AMERICAN INSURANCE COMPANY, Relator

---

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08201**

---

## ORDER
Before Justices Francis, Brown, and Whitehill

By order dated August 8, 2017, the Court requested the real party in interest and respondent to file their responses, if any, to relator's petition for writ of mandamus by August 23, 2017. Thereafter, the real party in interest notified the Court that the parties were engaged in settlement negotiations and requested an extension of time to file her response. By order dated August 24, 2017, we granted the motion and ordered the real party in interest to file a response, a motion to dismiss, or a status report within thirty days of the date the order. On September 26, 2017, the real party in interest filed a status report notifying the Court that the parties remained in settlement negotiations with settlement likely within thirty days. On October 24, 2017, relator notified the Court that the parties are no longer participating in settlement negotiations and requested the Court review and decide relator's petition for writ of mandamus.

We request the real party in interest file her response, if any, to relator's petition for writ of mandamus on or before November 9, 2017.

/s/    MOLLY FRANCIS
JUSTICE